| | |
|---|---|
| 1 | NEAL R. MARDER, State Bar No. 126879 |
| | DAVID J. ALTMAN, State Bar No. 193807 |
| 2 | **WINSTON & STRAWN** |
| | 444 South Flower Street, 10th Floor |
| 3 | Los Angeles, California 90071-2911 |
| | Telephone: (213) 615-1700 |
| 4 | Facsimile: (213) 615-1750 |
| 5 | Attorneys for Defendant |
| | QUEST INTERNATIONAL FRAGRANCES CO. |

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
CLERK U.S. DISTRICT COURT
AUG 28 2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BELA-LISA FRIEDMAN, | Case No. CV-00-11025 AHM (AJWx) |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING DEFENDANT QUEST INTERNATIONAL FRAGRANCES CO.'S APPLICATION TO SEAL CERTAIN RECORDS** |
| Vs. | |
| QUEST INTERNATIONAL FRAGRANCES CO., a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | [Defendant Quest International Fragrances Co.'s Application to Seal Certain Records and Motion to Compel filed concurrently herewith] |

Date: September 17, 2001
Time: 10:00 a.m.
Place: Roybal 690

[Before the Honorable Andrew J. Wistrich]

AUG 30 2001

ORIGINAL

# ORDER

Finding good cause therefore, the Court orders that Defendant Quest International Frangrance Co.'s Motion to Compel Answers to First Set of Interrogatories and Production of Documents, and any related filings thereto, be sealed.

Dated: 8.29 , 2001

By: _____
The Honorable Andrew J. Wistrich

Proposed order submitted by
David J. Altman

By: _____
DAVID J. ALTMAN

24892.2

2

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Apex Attorney Services, 1055 West Seventh Street, Los Angeles, CA 90017. On August 28, 2001, I served the within documents:

1. **DEFENDANT QUEST INTERNATIONAL FRAGRANCES CO.'S NOTICE OF MOTION AND MOTION TO COMPEL ANSWERS TO FIRST SET OF INTERROGATORIES AND PRODUCTION OF DOCUMENTS; JOINT STIPULATION ATTACHED [FILED UNDER SEAL]**

2. **DEFENDANT QUEST INTERNATIONAL FRAGRANCES CO.'S APPLICATION TO SEAL CERTAIN RECORDS**

3. **[PROPOSED] ORDER GRANTING DEFENDANT QUEST INTERNATIONAL FRAGRANCES CO.'S APPLICATION TO SEAL CERTAIN RECORDS**

[X] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**David E. Rosen, Esq.**
**O'Neill, Lysaght & Sun LLP**
**100 Wilshire Boulevard, Suite 700**
**Santa Monica, California 90401**

      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

      Executed on August 28, 2001, at Los Angeles, California.

*/s/ Wil Gutierrez*

20075.1

**Proof of Service**