BRIAN C. LYSAGHT (Bar No. 61965)
FREDERICK D. FRIEDMAN (Bar No. 73620)
DAVID E. ROSEN (Bar No. 155385)
O'NEILL, LYSAGHT & SUN LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 451-5700
Facsimile: (310) 399-7201

Attorneys for Plaintiff
Bela-Lisa Friedman

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
11-21-01
NOV 21 2001
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BELA-LISA FRIEDMAN,<br><br>Plaintiff,<br><br>vs.<br><br>QUEST INTERNATIONAL FRAGRANCES CO., a corporation; and DOES 1 though 10, inclusive,<br><br>Defendants. | CASE NO. CV-00-11025 AHM (AJWx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO SEAL RECORDS<br><br>Date: December 10, 2001<br>Time: 10:00 a.m.<br>Ctrm: Hon. Andrew J. Wistrich,<br>Room 690 |

ENTER ON ICMS
NOV 26 2001

Having considered the application to seal the Joint Stipulation filed in connection with plaintiff's motion to compel documents responsive to Request for Production No. 74, and good cause appearing therefore,

///

///

///

NOV 26 2001

IT IS HEREBY ORDERED AS FOLLOWS:

The Joint Stipulation filed in connection with plaintiff Bela-Lisa Friedman's motion to compel documents responsive to Request for Production No. 74 shall be sealed.

Dated: 11.20.2001

_____
The Honorable Andrew J. Wistrich

Submitted by:

BRIAN C. LYSAGHT
FREDERICK D. FRIEDMAN
DAVID E. ROSEN
O'NEILL, LYSAGHT & SUN LLP

By: _____
David E. Rosen
Attorneys for Plaintiff
Bela-Lisa Friedman

O'NEILL, LYSAGHT & SUN LLP
ATTORNEYS AT LAW
100 WILSHIRE BOULEVARD, SUITE 700
SANTA MONICA, CALIFORNIA 90401-1142
(310) 451-5700

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 100 Wilshire Boulevard, Suite 700, Santa Monica, California 90401-1142.

On **November 19, 2001**, I served the foregoing document described as **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL RECORDS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Neal R. Marder, Esq.
Winston & Strawn
444 South Flower Street, Suite 1000
Los Angeles, CA 90071-2911

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with United States postal service on that same day with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 19, 2001**, at Santa Monica, California.

_____
Lisa Dancel

A0008030 FRM