BRIAN C. LYSAGHT (Bar No. 61965)
FREDERICK D. FRIEDMAN (Bar No. 73620)
DAVID E. ROSEN (Bar No. 155385)
O'NEILL, LYSAGHT & SUN LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 451-5700
Facsimile: (310) 399-7201

Attorneys for Plaintiff
Bela-Lisa Friedman

Priority Send ☑
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BELA-LISA FRIEDMAN, <br><br> Plaintiff, <br><br> vs. <br><br> QUEST INTERNATIONAL FRAGRANCES CO., a corporation; and DOES 1 though 10, inclusive, <br><br> Defendants. | CASE NO. CV-00-11025 AHM (AJWx) <br><br> [PROPOSED] ORDER GRANTING APPLICATION TO SEAL RECORDS <br><br> Date: December 17, 2001 <br> Time: 10:00 a.m. <br> Ctrm: Hon. A. Howard Matz, Room 14 |

Having considered the application to seal records filed in connection with plaintiff's opposition to defendant's motion for summary judgment or summary adjudication of issues, and good cause appearing therefore,

///
///
///

ORIGINAL

ENTER ON ICMS

DEC - 5 2001

IT IS HEREBY ORDERED AS FOLLOWS:

The following documents filed in connection with plaintiff's opposition to defendant's motion for summary judgment or summary adjudication of issues shall be sealed:

1. MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION;

2. STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;

3. DECLARATION OF BELA-LISA FRIEDMAN AND EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION OF DEFENDANT QUEST INTERNATIONAL FRAGRANCE CO. FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES;

4. DECLARATION OF GABRIELA Z. PELLINGER AND EXHIBITS IN SUPPORT OF OPPOSITION OF PLAINTIFF BELA LISA FRIEDMAN TO MOTION OF DEFENDANT QUEST INTERNATIONAL FRAGRANCE CO. FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES; and

5. DECLARATION OF FREDERICK D. FRIEDMAN AND EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION OF DEFENDANT QUEST INTERNATIONAL FRAGRANCE CO. FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES.

Dated: 12/3/01

The Honorable A. Howard Matz

Submitted by:

BRIAN C. LYSAGHT
FREDERICK D. FRIEDMAN
DAVID E. ROSEN
O'NEILL, LYSAGHT & SUN LLP


By: _____
    Frederick D. Friedman
Attorneys for Plaintiff
Bela-Lisa Friedman

-3-

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 100 Wilshire Boulevard, Suite 700, Santa Monica, California 90401-1142.

On **December 3, 2001**, I served the foregoing document described as **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL RECORDS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Neal R. Marder, Esq.
Susan Swingle, Esq.
Winston & Strawn
444 South Flower Street
Los Angeles, CA 90071-2911

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with United States postal service on that same day with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 3, 2001**, at Santa Monica, California.

Monica Rocha