Case 2:00-cv-11025-LGB-AJW   Document 167   Filed 03/02/04   Page 1 of 3   Page ID #:138
Received 02/27/2004 ...09AM in 01:44 on line, [0] for DALTMAN * Pg 4/5
02-27-04   11:10am   From-2                    +2136221656        T-110  P.004/005  F-514

1  BLECHER & COLLINS, P.C.
   MAXWELL M. BLECHER (State Bar No. 26202)
2  WILLIAM C. HSU (State Bar No. 108922)
   DONALD R. PEPPERMAN (State Bar No. 109809)
3  611 West Sixth Street, 20th Floor
   Los Angeles, California 90017-3120
4  Telephone: (213) 622-4222

5  Attorneys for Plaintiff BELA-LISA FRIEDMAN

6  WINSTON & STRAWN LLP
   NEAL R. MARDER (State Bar No. 126879)
7  DAVID J. ALTMAN (State Bar No. 193807)
   MICHAEL S. BROPHY (State Bar No. 197940)
8  333 South Grand Avenue, 38th Floor
   Los Angeles, California 90071-1543
9  Telephone: (213) 615-1700
   Facsimile: (213) 615-1750
10
   Attorneys for Defendant
11 QUEST INTERNATIONAL FRAGRANCES CO.

12

13              UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                     WESTERN DIVISION

16  BELA-LISA FRIEDMAN,              ) CASE NO. CV 00-11025 LGB(AJWx)
                                     )
17              Plaintiff,           ) **STIPULATION FOR VOLUNTARY**
                                     ) **DISMISSAL OF SECTION 17200**
18       vs.                         ) **OF THE CALIFORNIA BUSINESS**
                                     ) **& PROFESSIONS CODE CLAIM;**
19  QUEST INTERNATIONAL              ) [PROPOSED] **ORDER THEREON**
    FRAGRANCES CO., a corporation; and )
20  DOES 1 THROUGH 10, INCLUSIVE,,   ) ASSIGNED FOR ALL PURPOSES
                                     ) TO THE HONORABLE LOURDES
21              Defendants.          ) G. BAIRD
                                     )
22  _____) [Fed. R. Civ. Pro. Rule 41(a)]

Stipulation for Voluntary Dismissal                                    Printed on Recycled Paper

Case 2:00-cv-11025-LGB-AJW   Document 167   Filed 03/02/04   Page 2 of 3   Page ID #:139
Received 02/27/2004 09AM in 01:44 on line [0] for DALTMAN * Pg 5/5
02-27-04   11:10am   From-2   +2136221656   T-110   P.005/005   F-514

1. PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL
2. PROCEDURE, IT IS HEREBY STIPULATED by and between Plaintiff Bela-Lisa
3. Friedman ("Plaintiff") and Defendant Quest International Fragrances Co.
4. ("Defendant"), through their respective counsel of record, that Plaintiff shall
5. voluntarily dismiss with prejudice the Sixth Cause of Action in her Second
6. Amended Complaint for unfair business practices in violation of California
7. Business and Professions Code Section 17200 et seq. Plaintiff and Defendant
8. expressly reserve their rights concerning the award of attorneys' fees and/or
9. litigation costs, if any, with respect to the Sixth Cause of Action, until after a final
10. judgment is entered in this case.

Dated: February 27, 2004

BLECHER & COLLINS, P.C.

By: _____
DONALD R. PEPPERMAN
Attorneys for Plaintiff
BELA-LISA FRIEDMAN

Dated: February 27, 2004

WINSTON & STRAWN

By: _____
NEAL R. MARDER
Attorneys for Defendant
QUEST INTERNATIONAL
FRAGRANCES CO.

**ORDER**

Dated: March 1, 2004

IT IS SO ORDERED.

By: _____
HONORABLE LOURDES G. BAIRD
United States District Judge

Stipulation for Voluntary Dismissal

- 2 -

Printed on Recycled Paper

# PROOF OF SERVICE

STATE OF CALIFORNIA ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 S. Grand Avenue, 38th Floor, Los Angeles, California 90071. On February 27, 2004, I **caused to be served** the within document:

**STIPULATION FOR VOLUNTARY DISMISSAL OF SECTION 17200 OF THE CALIFORNIA BUSINESS & PROFESSIONS CODE CLAIM; [PROPOSED] ORDER THEREON**

**XX** I sent such document from facsimile machine on February 27, 2004. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelop(s) addressed to the parties listed below.

by placing a true copy of the document(s) listed above in a sealed envelope and thereafter sent **via U.S. Mail, postage prepaid,** to the interested party(ies) in this action as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Donald R. Pepperman
Blecher & Collins
611 West Sixth St., 20th Floor
Los Angeles, CA 90017

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on February 27, 2004, at Los Angeles, California.

_____
Karen Kodosh